# United States District Court
## Northern District of Texas
### Intra-District Transfer of Jurisdiction

| | |
|---|---|
| Case Number (Trans. Court) | 2:23-CR-00074-Z-BR-(1) |
| Case Number (Rec. Court) | |

| Name Of Probationer/Supervised Releasee | District | Division |
|---|---|---|
| **James Duncan** | Northern District Of Texas | Amarillo |

| Name of Sentencing Judge |
|---|
| The Honorable Matthew J. Kacsmaryk |

| Dates Of Probation/Supervised Release | From | To |
|---|---|---|
| | December 19, 2025 | January 18, 2028 |

**Offense**
Failure To Register as A Sex Offender, in violation of 18 U.S.C. § 2250(a), A Class C felony

## PART 1 - ORDER TRANSFERRING JURISDICTION

U.S. District Court For The **Northern District Of Texas, Amarillo Division**

THE U.S. DISTRICT CLERK IS HEREBY ORDERED to transfer intra-district jurisdiction of the probationer or supervised releasee named above and all records of this Court to the Court of the Honorable Sam A. Lindsay U.S. District Court for the Northern District of Texas, Dallas Division, upon that Court's order of acceptance of jurisdiction.

This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Date: 2/23/26

U.S. District Judge: [signed] M. Kacsmaryk

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

U.S. District Court For The **Dallas Division**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date: February 26, 2026

U.S. District Judge: [signed] Sam A. Lindsay